NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE FIRST QUALITY BABY PRODUCTS, LLC, FIRST QUALITY PRODUCTS, INC., FIRST QUALITY RETAIL SERVICES, LLC, AND FIRST QUALITY HYGIENIC, INC.,**
*Petitioners.*

---

Miscellaneous Docket No. 122

---

On Petition for Writ of Mandamus to the United States District Court for the Middle District of Pennsylvania in case no. 09-CV-1685, Judge William W. Caldwell.

---

## ON PETITION FOR WRIT OF MANDAMUS

---

## ORDER

First Quality Baby Products, LLC, First Quality Products, Inc., First Quality Retails Services, LLC, and First Quality Hygienic, Inc. ("First Quality") submit a petition for a writ of mandamus to direct the United States District Court for the Middle District of Pennsylvania to vacate that portion of its March 28, 2012 order denying First Quality additional depositions and to direct

the district court to allow First Quality to take additional depositions.

Upon consideration thereof,

IT IS ORDERED THAT:

Kimberly Clark Worldwide, Inc. is directed to respond no later than 14 days from the date of filing of this order.

FOR THE COURT

APR 0 6 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kenneth P. George, Esq.
Andrew G. Klevorn, Esq.
Clerk, United States District Court for the Middle District of Pennsylvania

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 6 2012

JAN HORBALY
CLERK